BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILA C. RIPSON, | Case No. 1:13-cv-00572-AWI-GSA |
| Plaintiff, | **STIPULATION TO CONTINUE JOINT SCHEDULING CONFERENCE; ORDER** |
| v. | |
| PARASTOO FARHADY, M.D. and DOES 1 through 50, | |
| Defendants. | |

Plaintiff  Ila C. Rispson("Plaintiff"), and Defendant United States of America ("United States"), (collectively "the parties") stipulate, by and through the undersigned counsel, to continue the date of the scheduling conference currently set for June 20, 2013 at 10:00 a.m. before Magistrate Judge Austin to July 25, 2013 at 10:30 a.m. before Magistrate Judge Austin.

The parties base this stipulation on good cause, which includes the need for United States to review the allegations in the Complaint and consider the need to add additional parties to the action. The parties agree that this short continuance will not cause any prejudice to the parties as this action was recently commenced.

Accordingly, the parties stipulate and agree to continue the scheduling conference as specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

///

|  | **Old Date** | **New Date** |
|---|---|---|
| Scheduling Conference | June 20, 2013 @10:00 a.m. | July 25, 2013 @10:30 a.m. |

Respectfully submitted,

Dated:  June 4, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY


/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States of America

Dated:  June 4, 2013                                    Mele Law Office


/s/James Mele
James Mele
Attorneys for Plaintiff  Ila C. Ripson

## ORDER

Having reviewed the stipulation submitted the parties, the scheduling conference currently set for June 20, 2013 at 10:00 a.m. is hereby continued to July 25, 2013 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **June 5, 2013**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE