1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Mario L. Beltramo, Jr., #53146
   Daniel L. Wainwright, #193486
3  5 River Park Place East
   Fresno, California 93720-1501
4  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300
5
6  Attorneys for Defendant,
   ROBERT S. JULIAN, M.D.

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ILA C. RIPSON,                          Case No. 1:13-cv-00572 A WI GSA

12             Plaintiff,                   **STIPULATION OF THE PARTIES**
                                            **REGARDING EXTENSION OF TIME FOR**
13        v.                                **DEFENDANT, ROBERT S. JULIAN, M.D.,**
                                            **TO RESPOND TO PLAINTIFF'S FIRST**
14 PARASTOO FARHADY, M.D., ROBERT S.        **AMENDED COMPLAINT**
   JULIAN, M.D. and DOES 2 through 50, ,
15
             Defendants.
16

17        IT IS HEREBY STIPULATED and AGREED between the parties, by and through their

18 respective counsel (i.e., James J. Mele and Daniel L. Wainwright), that Defendant, ROBERT S.

19 JULIAN, M.D., shall be granted an extension of time up to and including **October 22, 2013** within

20 which to file a responsive pleading to the Complaint in the above-captioned matter.

21        No prior extensions of time have been requested.

22        This Stipulation may be executed in counterparts and by facsimile signature, each of which

23 when executed shall be an original and all of which together shall constitute one in the same

24 Stipulation.

25                    [*Signatures on following Page*]

26 ///

27 ///

28 ///

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT,
ROBERT S. JULIAN, M.D., TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1   Dated: September 26, 2013                                MELE LAW OFFICE

2

3                                                 By:  s/ James J. Mele
                                                        James J. Mele
4                                                     Attorneys for Plaintiff,
                                                        ILA C. RIPSON
5

6

7   Dated:  September 26, 2013                    McCORMICK, BARSTOW, SHEPPARD,
                                                       WAYTE & CARRUTH LLP
8

9

10                                               By:           /s/ Daniel L. Wainwright
                                                        Mario L. Beltramo, Jr.
11                                                      Daniel L. Wainwright
                                                     Attorneys for Defendant,
12                                                     ROBERT S. JULIAN, M.D.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT,
ROBERT S. JULIAN, M.D., TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1

## <u>ORDER OF THE COURT GRANTING DEFENDANT'S EXTENSION</u>

2      Pursuant to the Stipulation and Agreement of the parties, IT IS HEREBY ORDERED that

3   Defendant, ROBERT S. JULIAN, M.D., shall be granted an extension of time to respond to Plaintiff's

4   September 10, 2013 First Amended Complaint until **October 22, 2013**.

5

6   IT IS SO ORDERED.

7      Dated:   __**September 27, 2013**__          _____**/s/ Gary S. Austin**

8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT,
ROBERT S. JULIAN, M.D., TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT