1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Mario L. Beltramo, Jr., #53146
   Daniel L. Wainwright, #193486
3  5 River Park Place East
   Fresno, California 93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant,
6  ROBERT S. JULIAN, M.D.

7

8                     UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | ILA C. RIPSON,                        | Case No. 1:13-cv-00572 A WI GSA
12 |          Plaintiff,                   | **STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, ROBERT S. JULIAN, M.D., TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
13 |     v.                                |
14 | PARASTOO FARHADY, M.D., ROBERT S. JULIAN, M.D. and DOES 2 through 50, , |
15 |          Defendants.                  |
16

17         IT IS HEREBY STIPULATED and AGREED between the parties, by and through their

18 respective counsel (i.e., James J. Mele and Daniel L. Wainwright), that Defendant, ROBERT S.

19 JULIAN, M.D., shall be granted an extension of time up to and including **October 22, 2013** within

20 which to file a responsive pleading to the Complaint in the above-captioned matter.

21         No prior extensions of time have been requested.

22         This Stipulation may be executed in counterparts and by facsimile signature, each of which

23 when executed shall be an original and all of which together shall constitute one in the same

24 Stipulation.

25                            [*Signatures on following Page*]

26 ///

27 ///

28 ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT,
ROBERT S. JULIAN, M.D., TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1  Dated: September 26, 2013                                        MELE LAW OFFICE

2

3                                                                    By: s/ James J. Mele
                                                                            James J. Mele
4                                                                       Attorneys for Plaintiff,
                                                                           ILA C. RIPSON
5

6

7  Dated: September 26, 2013                               McCORMICK, BARSTOW, SHEPPARD,
                                                                      WAYTE & CARRUTH LLP
8

9

10                                                                By:      /s/ Daniel L. Wainwright
                                                                            Mario L. Beltramo, Jr.
11                                                                        Daniel L. Wainwright
                                                                         Attorneys for Defendant,
12                                                                      ROBERT S. JULIAN, M.D.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT,
ROBERT S. JULIAN, M.D., TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**ORDER OF THE COURT GRANTING DEFENDANT'S EXTENSION**

Pursuant to the Stipulation and Agreement of the parties, IT IS HEREBY ORDERED that Defendant, ROBERT S. JULIAN, M.D., shall be granted an extension of time to respond to Plaintiff's September 10, 2013 First Amended Complaint until **October 22, 2013**.

IT IS SO ORDERED.

Dated:   **September 27, 2013**                         **/s/ Gary S. Austin**
                                                                                       UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, ROBERT S. JULIAN, M.D., TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT