BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILA C. RIPSON, | Case No. 1:13-cv-00572-AWI-GSA |
| Plaintiff, | **STIPULATION TO CONTINUE PRE-TRIAL DATES AND TRIAL; ORDER** |
| v. | |
| PARASTOO FARHADY, M.D. and DOES 1 through 50, | |
| Defendants. | |

    Plaintiff Ila C. Ripson("Plaintiff"), Defendant United States of America ("United States"), and Defendant Robert Julian, M.D. (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the discovery deadlines, pre-trial and trial in this matter.  A Joint Status Conference Statement has been submitted on behalf of the parties [Dkt. No. 22] which included these proposed dates.  Good cause exists for the new dates agreed to below because Dr. Julian is now a defendant in this action.  The parties also request that the status conference currently scheduled for December 18, 2013 be vacated.

    Accordingly, the parties stipulate and agree to continue the pre-trial dates and trial as specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

///

///

|  | Old Date | New Date |
|---|---|---|
| Initial Expert Disclosures | March 14, 2014 | May 30, 2014 |
| Supplemental Expert Disclosures | May 16, 2014 | June 13, 2014 |
| Close of Non-Expert Discovery | February 28, 2014 | May 30, 2014 |
| Close of Expert Discovery | August 8, 2014 | November 7, 2014 |
| Last Day to File Non-Dispositive Motions | August 15, 2014 | November 21, 2014 |
| Last Day to File Dispositive Motions | August 25, 2014 | December 8, 2014 |
| Pre-Trial Conference | December 3, 2014 @8:30 a.m. | February 3, 2015 @ 8:30 before AWI |
| Trial | January 27, 2015 @8:30 a.m. | April 14, 2015 @ 8:30 before AWI |

Respectfully submitted,

Dated:  December 12, 2013             BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY


                                       /s/Alyson A. Berg
                                       Alyson A. Berg
                                       Assistant United States Attorney
                                       Attorney for Defendant United States

Dated:  December 11, 2013             Mele Law Office


                                       (As authorized 12/11/13)
                                       /s/James Mele
                                       James Mele
                                       Attorneys for Plaintiff  Ila C. Ripson

Dated:  December 12, 2013             McCormick, Barstow LLP


                                       /s/Mario L. Beltramo
                                       Mario L. Beltramo
                                       Attorney for Defendant Robert Julian

///

///

**ORDER**

Having reviewed the stipulation submitted the parties, the dates are continued as referenced above. The status conference currently scheduled for December 18, 2013 at 10:00 a.m. is taken off calendar.  All other orders contained in this Court's Scheduling Order filed on July 26, 2013 (Doc. 10) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 16, 2013**                    **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE