1

2

3 **UNITED STATES DISTRICT COURT**

4 **EASTERN DISTRICT OF CALIFORNIA**

5

6 **ILA C. RIPSON,**

7 **Plaintiff,**

8 **v.**

9 **PARASTOO FARHADY, M.D.,
ROBERT S. JULIAN, M.D and DOES 2**

10 **through 50,**
**Defendants.**

11

12

13

14

15

16

| | |
|---|---|
| **CASE NO. 1:13-CV-00572-AWI-GSA** | |

**ORDER DIRECTING DEFENDANT
UNITED STATES TO PRODUCE THE
SETTLEMENT AGREEMENT
BETWEEN UNITED STATES AND
PLAINTIFF**

(Doc. 31)

17       On February 13, 2014, Defendant United States of America filed a motion asking the

18 Court to determine its Federal Tort Claims Act settlement with Plaintiff was made in good faith. In

19 its memorandum of authorities the United States indicated that settlement negotiations produced

20 an agreement whereby the United States would pay $10,000.00 to Plaintiff and drop its Rule

21 12(b)(1) motion to dismiss in exchange for Plaintiff's release and waiver of all claims against the

22 United States. Doc. 26, ¶7.

23       Before determining whether the United States' settlement is in good faith, the Court directs

24 the United States to produce a copy of the settlement agreement executed by the United States and

25 Plaintiff, or provide a memorandum of points and authorities explaining why it cannot or should

26 not produce such a document. The Court directs the United States to provide this information

27 within ten days. It is with an abundance of caution that the Court orders the United States, a

28 **Defendant** in this matter, to provide the requested documentation.

It is with a further abundance of caution that the Court recognizes the other Defendant, Robert S. Julian, M.D., has not responded to the United States' good faith settlement motion. Thus the Court directs the United States to serve Dr. Julian with a copy of its good faith motion (Doc. 26) by mail. The Court directs the United States to take this action within ten days.

Accordingly, the Court ORDERS that:

1. Defendant United States PRODUCE a copy of the settlement agreement signed by the Plaintiff, or file a memorandum of points and authorities explaining why it is unable or unwilling to do so;

2. Defendant United States SERVE by mail a copy of its good faith settlement motion (Doc. 26) to the other named Defendant, Robert S. Julian, M.D.;

3. Defendant United States shall PERFORM these actions within TEN days of the issuance of this order.

IT IS SO ORDERED.

Dated:   April 1, 2014     _____

                                    SENIOR  DISTRICT  JUDGE