BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILA C. RIPSON, | 1:13-cv-00572-AWI-GSA |
| Plaintiff, | STIPULATION FOR DISMISSAL; ORDER |
| v. | |
| PARASTOO FARHADY, M.D. and DOES 1 through 50, | |
| Defendants. | |

Pursuant to the terms of two separate written Settlement and Release Agreements well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  April 9, 2014        BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY


                             /s/Alyson A. Berg
                             ALYSON A. BERG
                             Assistant United States Attorney
                             Attorney for Defendant United States of America

///

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER                    1

| | |
|---|---|
| Dated: April 4, 2014 | MELE LAW OFFICE |
| | /s/James J. Mele<br>JAMES J. MELE<br>Attorney for Plaintiff |
| Dated: April 2, 2014 | MCCORMICK, BARSTOW, SHEPPARD<br>WAYTE AND CARRUTH LLP |
| | /s/Mario L. Beltramo<br>MARIO L. BELTRAMO<br>Attorney for Defendant Robert S. Julian, M.D. |

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   April 10, 2014

SENIOR DISTRICT JUDGE